UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : BANKRUPTCY NO. 07-10774 |
| | : CHAPTER 7 |
| JOHN E. JOHNSON and PHYLLIS C. JOHNSON, DEBTORS | : |
| | : |
| TAMERA OCHS ROTHSCHILD, Movant | : DOCUMENT NO. 31 |
| vs. | : |
| JOHN E. JOHNSON and PHYLLIS C. JOHNSON, Respondents | : |

## MEMORANDUM

The Trustee's Motion indicates that the Debtors had engaged counsel and that litigation had been commenced pre-petition by the named counsel, being one of the Vioxx mass tort matters, and suit has already been commenced. It can be presumed that counsel handling the Vioxx litigation is also handling other similar matters and is well versed in that matter. The one-third (⅓) contingent fee agreed upon between the Debtor and counsel pre-petition will be approved by separate order.

Dated: June 10, 2008

Warren W. Bentz
United States Bankruptcy Judge

**FILED**
JUN 10 2008
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA
ERIE OFFICE